**Opinion filed February 4, 2021**



In The

# Eleventh Court of Appeals

_____

## No. 11-21-00001-CR
_____

## EX PARTE PAUL TORRES

**On Appeal from the 106th District Court**
**Gaines County, Texas**
**Trial Court Cause No. 10-4068-A**

## M E M O R A N D U M   O P I N I O N

Paul Torres has filed a pro se notice of appeal that relates to an application for writ of habeas corpus that was filed in the trial court and sent to the Texas Court of Criminal Appeals. We dismiss the appeal.

The documents on file in this cause indicate that Torres's appeal relates to an application for writ of habeas corpus that was filed pursuant to Article 11.07 of the Texas Code of Criminal Procedure. *See* TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). We note that the Texas Court of Criminal Appeals, in its cause no. WR-81,117-06, dismissed Torres's application on December 9, 2020, without a written order. Torres complains of the failures on the part of the trial court and the

Court of Criminal Appeals to enter findings of fact and conclusions of law with respect to his writ.

The substance of the relief sought by Torres in this appeal is postconviction relief from a final felony conviction—relief for which the habeas corpus procedure set out in Article 11.07 of the Code of Criminal Procedure provides the exclusive remedy. *See id.* Article 11.07 vests complete jurisdiction for such relief in the Texas Court of Criminal Appeals. *Id.* art. 11.07, §§ 3, 5; *Bd. of Pardons & Paroles ex rel. Keene v. Court of Appeals for Eighth Dist.*, 910 S.W.2d 481, 484 (Tex. Crim. App. 1995); *Hoang v. State*, 872 S.W.2d 694, 697 (Tex. Crim. App. 1993); *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991). This court lacks jurisdiction to consider an appeal from the denial or dismissal of an Article 11.07 application.

Accordingly, we dismiss this appeal for want of jurisdiction.

PER CURIAM

February 4, 2021

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.